UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER A. WILLIAMSON JR., Plaintiff, -v.- CASES, Defendant. | 26 Civ. 3485 (KPF) **ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons addressed at today's conference, Defendant is directed to obtain a transcript of the conference held on September 1, 2026, and to transmit a copy to Plaintiff upon receipt.

Further, Defendant is directed to provide a status update to the Court on or before **October 16, 2026**, advising on whether Defendant intends to answer the complaint or to seek leave to file a motion to dismiss the complaint. The Court will consider Plaintiff's complaint to be supplemented by any factual statements made at that conference. *See Yates* v. *Villalobos*, No. 15 Civ. 8068 (KPF), 2018 WL 718414, at *1 n.2 (S.D.N.Y. Feb. 5, 2018) ("Courts may also consider statements made in response to a defendant's request for a pre-motion conference and statements made during that conference.") (collecting cases); *accord Polardo* v. *Adelberg*, No. 22 Civ. 2533 (KMK), 2023 WL 2664612, at *1 n.2 (S.D.N.Y. Mar. 28, 2023) (collecting cases), *appeal dismissed sub nom. Poplardo* v. *Adelberg*, No. 23-604, 2023 WL 4504459 (2d Cir. June 8, 2023). Should Defendant seek to file a motion to dismiss, it should consider Plaintiff to be raising claims under Title VII of the Civil Rights Act of 1964, the New York

City Human Rights Law ("NYCHRL"), and the New York State Human Rights Law ("NYSHRL"). *See McLeod* v. *Jewish Guild for the Blind*, 864 F.3d 154, 158 (2d Cir. 2017) (requiring district court to construe a *pro se* complaint as asserting claims under the NYCHRL and NYSHRL when the facts support such claims, "even if [the *pro se* plaintiff] failed to check the appropriate blank[s]").

The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record: Roger A Williamson, 626 Bergen Street, Apt. 722, Bronx, New York 10455.

SO ORDERED.

Dated: September 1, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge